IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Robert Steve Jolly, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 1:10-1102-TLW-SVH |
| ) | |
| J. Ruben Long Detention Center, Tom Fox, ) | |
| Phillip Thompson, Major Johnson, Capt. ) | |
| Stafford, Cpl. Jones, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# ORDER

On May 4, 2010, the plaintiff, Robert Steve Jolly ("plaintiff") proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983. (Doc. #1). The case was referred to United States Magistrate Judge Shiva V. Hodges pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(d), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #8). On June 10, 2010, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the complaint in this case be dismissed without prejudice and without issuance or service of process, noting that the plaintiff currently has a companion case pending in this Court raising nearly identical allegations.[1] (Doc. #8). The plaintiff filed no objections to the report.

---

[1] The Court notes that the defendant filed a notice of change of address in this companion case, C/A No. 1:10-874-TLW-SVH, as well as in four additional cases pending in this Court on July 13, 2010. However, the petitioner did not file the document in the instant case. The Clerk of Court is directed to take notice of this change of address filed in the plaintiff's companion cases, and forward copies of this Order to both addresses listed for the plaintiff in the record.

Objections were due on June 28, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #8). For the reasons articulated by the Magistrate Judge, the complaint in this action is hereby **DISMISSED** without prejudice and without issuance or service of process.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

July 22, 2010
Florence, South Carolina